

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00480-CR

The **STATE** of Texas,
Appellant

v.

Stephen Andrew **SEAMAN**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 515715
Honorable Robert Behrens, Judge Presiding

PER CURIAM

Sitting:    Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed:  September 19, 2018

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant the State of Texas filed a motion to dismiss this appeal.  The motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish